IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ELKIN GOMEZ,**<br><br>                                Petitioner,<br><br>         v.<br><br>**B. CURRY, Warden, BOARD OF PRISON TERMS,**<br><br>                                Respondents. | C 07-4833 MMC<br><br>**[PROPOSED] ORDER** |

This Court considered Respondent's Request for an Extension of Time to Respond to Petition, and good cause appearing,

**IT IS HEREBY ORDERED** that Respondent's Request for an Extension of Time to Respond to Petition is **GRANTED**. If this Court denies Respondent's Request to Stay Pending Issuance of Mandate in *Hayward*, Respondent shall respond to Petitioner's Petition for Writ of Habeas Corpus thirty days after the denial; or if this Court grants Respondent's Request, Respondent shall respond to Petitioner's Petition thirty days after the issuance of the mandate in *Hayward*.

Dated: _____

_____
The Honorable Maxine M. Chesney

[Proposed] Order                                                                                          *Gomez v. Curry*
                                                                                                   Case No. C 07-4833 MMC

1