1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   ELKIN GOMEZ,                        )    No. C 07-4833 MMC (PR)
                                        )
10              Petitioner,             )    **ORDER DENYING RESPONDENT'S**
                                        )    **REQUEST FOR STAY; GRANTING**
11      v.                              )    **REQUEST FOR EXTENSION OF**
                                        )    **TIME**
12   B. CURRY, Warden, BOARD OF         )
     PRISON TERMS,                      )    **(Docket Nos. 5 & 8)**
13                                      )
                Respondents.            )
14   _____)

15          On September 20, 2007, petitioner, a California prisoner incarcerated at Soledad State

16   Prison and proceeding pro se, filed the above-titled petition for a writ of habeas corpus

17   pursuant to 28 U.S.C. § 2254, challenging the denial of parole by the California Board of

18   Parole Hearings.  On April 14, 2008, the Court ordered respondent to show cause why the

19   petition should not be granted.

20          Now before the Court is respondent's request to stay the instant matter pending

21   issuance of the mandate in Hayward v. Marshall, 512 F.3d 536 (9th Cir.), reh'g en banc

22   granted, No. 06-55392, slip op. at 1 (9th Cir. May 16, 2008).  Respondent argues a stay is

23   warranted on grounds of judicial order and economy.  Habeas proceedings, however,

24   "implicate special considerations that place unique limits on a district court's authority to

25   stay a case in the interests of judicial economy."  INS v. Yong, 208 F.3d 1116, 1120 (9th Cir.

26   2000).  Consequently, while a short stay may be appropriate in a habeas case to await a

27   determination in a parallel case in the same court, it is an abuse of discretion for a district

28   court to enter an indefinite, potentially lengthy stay on grounds of judicial economy.  See id.

**United States District Court**
For the Northern District of California

1   at 1120-22 (holding district court abused discretion by staying habeas case indefinitely

2   pending resolution of appeal in case involving parallel issues).

3        Here, oral argument was heard in Hayward on June 24, 2008.  Subsequently, on July

4   10, 2008, the Hayward panel filed an order directing the parties to brief the question, inter

5   alia, whether the order granting rehearing en banc in Hayward should be vacated and

6   submission of the matter deferred, pending the California Supreme Court's decisions in In re

7   Lawrence, No. S154018 and In re Shaputis, No. S155872, both of which cases were argued

8   on June 4, 2008.  (See Order, filed July 10, 2008.)  In light of the procedural posture of the

9   Hayward appeal, the Court finds that, irrespective of whether the order granting rehearing en

10  banc ultimately is vacated, the estimated time frame for a decision by the Ninth Circuit on the

11  merits of Hayward is too indefinite to warrant a stay of the proceedings in the instant matter.

12  Accordingly, the request for a stay is hereby DENIED.

13       Also before the Court is respondent's request for an extension of time in which to

14  respond to the petition, pending resolution of respondent's motion to stay.  Good cause

15  appearing, the request is hereby GRANTED.  Respondent shall file a response to the petition

16  within **thirty** days of the date this order is filed.  Within **thirty** days of the date such response

17  is filed, petitioner shall file with the Court and serve on respondent a responsive pleading

18  thereto.  If respondent files a motion to dismiss, respondent <u>shall</u> file a reply to petitioner's

19  opposition within **fifteen** days of the date such opposition is filed.

20       This order is without prejudice to Respondent's seeking a further extension based on

21  later developments in connection with the appeal in Hayward.

22       This order terminates Docket Nos. 5 and 8.

23       IT IS SO ORDERED.

24  DATED: July 16, 2008

25                                          MAXINE M. CHESNEY
                                            United States District Judge

26

27

28

2

**United States District Court**
For the Northern District of California