# EXHIBIT D

ORIGINAL

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION ONE

COURT OF APPEAL - SECOND DIST.

F I L E D

JAN 3 1 2007

JOSEPH A. LANE _____ Clerk

_____ Deputy Clerk

In re

ELIKINS GOMEZ,

on

Habeas Corpus.

B196037

(L.A.S.C. No. BH003906)

O R D E R

THE COURT*:

The petition for writ of habeas corpus, filed January 11, 2007, has been read and considered.

The petition is denied.

_____        _____        _____
*MALLANO, Acting P. J.              VOGEL, J.                         JACKSON, J.**

_____

**Judge of the Los Angeles Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION ONE

COURT OF APPEAL - SECOND DIST.

F I L E D

JAN 3 1 2007

JOSEPH A. LANE _____ Clerk

_____ Deputy Clerk

In re

    ELIKINS GOMEZ,

    on

    Habeas Corpus.

B196037

(L.A.S.C. No. BH003906)

O R D E R

THE COURT*:

    The petition for writ of habeas corpus, filed January 11, 2007, has been read and considered.

    The petition is denied.

_____

_____    _____    _____
*MALLANO, Acting P. J.         VOGEL, J.         JACKSON, J.**

_____

**Judge of the Los Angeles Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.