# EXHIBIT F

S150936

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

---

In re ELKIN GOMEZ on Habeas Corpus

---

The petition for writ of habeas corpus is denied.

SUPREME COURT
**FILED**

AUG - 8 2007

Frederick K. Ohlrich Clerk

DEPUTY

GEORGE
---
Chief Justice