```
 1  Elkin Gomez, F-44776                                FILED
    Correctional Training Facility
 2  P.O. Box 689                                   08 AUG 18 PM 3:46
    F-205L
 3  Soledad, CA. 93960-0689                        CLERK, U.S. DISTRICT COURT
    Petitioner In pro se                           NORTHERN DISTRICT OF CALIFORNIA
 4
 5
 6                    In The United States District Court
 7                    For The Northern District Of California
 8
 9  Elkin Gomez,                    )
                   Petitioner,      )  Case No. C07-4833   MMC (PR)
10       v.                         )  Motions For Extension Of
                                    )  Time
11  B. Curry, Warden, Board Of Prison)
    Terms,                          )
12                 Respondent.      )
```

13       On September 20, 2007, petitioner, being incarcerated at Soledad State
14  Prison and proceeding pro se, filed a writ of habeas corpus pursuant to 28
15  U.S.C. § 2254, challenging the denial of parole by the Board of Parole Hea-
16  rings. On April 14, 2008, the Court ordered respondent to show cause why pet-
17  ition should not be granted.
18       As here, petitioner must request a 30 days extension of time in which to
19  reply. As this institution has since 6/18/08 been on lock-down and modified
20  program status. In other word, from 9 P.M. at night to 2:30 in the after-noon
21  there is no program. Petitioner has not been able to use Law library ecept on
22  Monday night for one hour every other week. As notice has been post that said
23  institution will be back on normal program starting 8/15/08. Therefore pet-
24  itioner will be able to use library to complete his responsive pleading.

25  Date 8/10/08                              Respectfully Submitted

                                              Elkin Gomez

Ukin Gomez, F-44776
Correctional Training Facility
P.O. Box 689
I-205L
Soledad, CA. 93960-0689

SAN JOSE CA 951
15 AUG 2008 PM 2 L

Legal Mail

Office Of The Clerk, U.S. District Court
Northern District Of California
450 Golden Gate Avenue
San Francisco, California 94102

94102+3432