IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELKIN GOMEZ,<br><br>        Petitioner,<br><br>  v.<br><br>B. CURRY, Warden, BOARD OF PRISON TERMS,<br><br>        Respondents.<br>_____ | No. C 07-4833 MMC (PR)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME**<br><br>**(Docket No. 12)** |

      On September 20, 2007, petitioner, a California prisoner incarcerated at Soledad State Prison and proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the denial of parole by the California Board of Parole Hearings. On July 22, 2008, respondent filed an answer to the petition. According to the briefing schedule set by the Court in the Order to Show Cause, the deadline for petitioner to file his traverse was thirty days after the answer was filed, specifically, August 22, 2008.

      On August 18, 2008, petitioner filed a request for an extension of thirty days to file his traverse; on September 24, 2008, petitioner filed his traverse. Good cause appearing, petitioner's request for extension of time is hereby GRANTED and the traverse is deemed timely filed.

      This order terminates Docket No. 12.

      IT IS SO ORDERED.

DATED: December 9, 2008

                                    _____
                                    MAXINE M. CHESNEY
                                    United States District Judge