IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELKIN GOMEZ,

        Petitioner,

  v.

B. CURRY, Warden,

        Respondent.
                                     /

No. CV-07-4833 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the instant petition is hereby DISMISSED, both as moot and by reason of petitioner's failure to comply with the Court's order to notify the Court of a change of address so as to avoid dismissal of the petition for failure to prosecute.

Dated: December 1, 2010

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk